UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02413-JVS (KES) | Date | December 21, 2023 |
| Title | Adam Richards et al. v. Gavin Newsom et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **[IN CHAMBERS] Order Regarding Motion for Temporary Restraining Order [5]**

     Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc., Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and the Second Amendment Foundation (collectively, "Plaintiffs") move for a temporary restraining order and preliminary injunction enjoining the implementation, enforcement, and effect of SB 1384.  (Mot., Dkt. No. 5.)  The Motion is **DENIED** without prejudice for failure to comply with Local Rule 7-19.1.

     **IT IS SO ORDERED.**