C. D. Michel – SBN 144258
Tiffany D. Cheuvront – SBN 317144
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association, Incorporated

Donald Kilmer – SBN 179986
Law Offices of Don Kilmer, APC
14085 Silver Ridge Rd.
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM RICHARDS, an individual; JEFFREY VANDERMEULEN, an individual; GERALD CLARK, an individual; JESSE HARRIS, an individual; ON TARGET INDOOR SHOOTING RANGE, LLC; GAALSWYK ENTERPRISES, INC. (D/B/A/ SMOKIN' BARREL FIREARMS); GUN OWNERS OF CALIFORNIA, INC.; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and SECOND AMENDMENT FOUNDATION, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-02413 JVS (KESx)<br><br>**NOTICE OF PLAINTIFFS' EX PARTE APPLICATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Hearing Date:   TBD<br>Hearing Time:   TBD<br>Courtroom:   10C<br>Judge:   Hon. James V. Selna |

NOTICE OF EX PARTE APP. FOR TRO AND PRELIMINARY INJUNCTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on a date and time to be determined, in Courtroom 10C of the above-captioned Court, Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and the Second Amendment Foundation (collectively, "Plaintiffs") will move for a temporary restraining order and issuance of a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order to enjoin the implementation, enforcement, and effect of Senate Bill 1384 (Cal. Penal Code Section 26806).

Plaintiffs bring this Application because Section 26806 violates Plaintiffs' First Amendment, Second Amendment, Fourth Amendment, Fifth Amendment, and Equal Protection rights because of an overbroad and intrusive attempt to video and audio record plaintiffs and others without consent and at great financial costs to Federal Firearm Licensees. Unless the court orders the requested Temporary Restraining Order and Injunction for preliminary relief, Plaintiffs and the general California public will continue to suffer this unnecessary and significant infringement of their constitutional rights.

The urgency of this Application is because Section 26806 of Cal. Penal Code will become effective on January 1, 2024. Once in effect, Section 26806 will cause irreparable harm to Plaintiffs.

This Application is made on the grounds set forth in the accompanying Memorandum of Points and Authorities, the signed declarations of Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, Gregg Bouslog, Robert Gaalswyk, Samuel Paredes, Richard Minnich, Erich Pratt, and Alan Gottlieb, all pleadings and papers filed in this action, the argument of counsel, and further evidence as the Court may consider at or before a hearing on this motion.

There have been no appearances of counsel for Defendants in this case. On December 21, 2023, counsel for Plaintiffs, Tiffany D. Cheuvront, called Robert Meyerhoff, Deputy Attorney General, at (213) 269-6177 and left a message asking for someone at the Department of Justice who could determine the attorney for the case. (Declaration of Tiffany D. Cheuvront ("Cheuvront Decl.") ¶ 2.) Shortly after, Mrs. Cheuvront called John Echeverria, Deputy Attorney General, at (415) 510-3479 and Mr. Echeverria asked that our office send courtesy copies of the Complaint and Application documents to him by email. Mr. Echeverria stated that he would have to circulate the case documents within the Department of Justice to see who the handling attorney would be. ("Cheuvront Decl." ¶ 3.)

The Complaint, this Application, the accompanying Memorandum of Points and Authorities, the declarations of Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, Gregg Bouslog, Robert Gaalswyk, Samuel Paredes, Richard Minnich, Erich Pratt, and Alan Gottlieb, and the Proposed Order to Show Cause for Preliminary Injunction and Temporary Restraining Order have been sent by the office for counsel for Plaintiffs to Mr. Echeverria by email at John.Echeverria@doj.ca.gov. ("Cheuvront Decl." ¶ 4.) The email notified Mr. Echeverria that any opposition must be filed not later than 24 hours after such service. ("Cheuvront Decl." ¶ 4.)

Dated: December 21, 2023     **MICHEL & ASSOCIATES, P.C.**

*s/ C.D. Michel*
C.D. Michel
Attorneys for Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association, Incorporated

Dated: December 21, 2023

**LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Attorney for Plaintiff Second Amendment Foundation

### ATTESTATION OF E-FILED SIGNATURES

I, C.D. Michel, am the ECF User whose ID and password are being used to file this NOTICE OF PLAINTIFFS' EX PARTE APPLICATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: December 21, 2023

*s/ C.D. Michel*
C.D. Michel

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Richards, et al. v. Newsom, et al.*
Case No.: 8:23-cv-02413 JVS (KESx)

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF PLAINTIFFS' EX PARTE APPLICATION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ISSUANCE OF PRELIMINARY INJUNCTION**

on the following parties by the following means:

Robert Bonta, California Attorney General
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

Governor Gavin Newsom
1021 O Street, Suite 9000
Sacramento, CA 95814

  X    (BY OVERNIGHT MAIL) As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery by UPS/FED-EX.  Under the practice it would be deposited with a facility regularly maintained by UPS/FED-EX for receipt on the same day in the ordinary course of business.  Such envelope was sealed and placed for collection and delivery by UPS/FED-EX with delivery fees paid or provided for in accordance with ordinary business practices.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

  X    (BY ELECTRONIC MAIL) As follows: I served a true and correct copy by electronic transmission. Said transmission was reported and completed without error.

CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct. Executed December 21, 2023.

_____
Laura Palmerin

CERTIFICATE OF SERVICE