**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM RICHARDS, an individual; JEFFREY VANDERMEULEN, an individual; GERALD CLARK, an individual; JESSE HARRIS, an individual; ON TARGET INDOOR SHOOTING RANGE, LLC; GAALSWYK ENTERPRISES, INC. (D/B/A/ SMOKIN' BARREL FIREARMS); GUN OWNERS OF CALIFORNIA, INC.; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; and SECOND AMENDMENT FOUNDATION, a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10,<br><br>Defendants. | Case No.: 8:23-cv-02413 JVS (KESx)<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER [11]** |

Upon the Application of Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and Second Amendment Foundation, the

declarations of Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, Gregg Bouslog, Robert Gaalswyk, Samuel Paredes, Richard Minnich, Erich Pratt, and Alan Gottlieb, and upon the pleadings on file, it is ORDERED as follows:

The Court denies the application for a temporary restraining order.

1. Defendants Gavin Newsom, in his official capacity as Governor of the State of California, Robert Bonta, in his official capacity as Attorney General of the State of California, must show cause before the Plaintiffs' application in Courtroom 10C, on January 16, 2024 at 9:00 am, of the Central District of California, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from implementation and enforcement of SB 1384 (Ca Penal Code Section 26806) ;

2. Plaintiffs are ordered to serve on all Defendants a copy of this order and all supporting pleading documents by December 29, 2023.

3. Defendant's response is due January 8, 2024. Plaintiffs may file a reply no later than noon January 11, 2024.

**IT IS SO ORDERED.**

Dated: December 27, 2023

_____
Hon. James V. Selna
United States District Judge

1
OSC FOR PRELIMINARY INJUNCTION AND TRO

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Richards, et al. v. Newsom, et al.*
Case No.: 8:23-cv-02413 JVS (KESx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

on the following parties by the following means:

Robert Bonta, California Attorney General
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

Governor Gavin Newsom
1021 O Street, Suite 9000
Sacramento, CA 95814


  X    (BY OVERNIGHT MAIL) As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery by UPS/FED-EX.  Under the practice it would be deposited with a facility regularly maintained by UPS/FED-EX for receipt on the same day in the ordinary course of business.   Such envelope was sealed and placed for collection and delivery by UPS/FED-EX with delivery fees paid or provided for in accordance with ordinary business practices.

John D. Echeverria
Deputy Attorney General
john.echeverria@doj.ca.gov
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

  X    (BY ELECTRONIC MAIL) As follows: I served a true and correct copy by electronic transmission. Said transmission was reported and completed without error.

CERTIFICATE OF SERVICE

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed December 21, 2023.

_____
Laura Palmerin

CERTIFICATE OF SERVICE