1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  TODD GRABARSKY
   Deputy Attorney General
4  State Bar No. 286999
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6044
6    Fax:  (916) 731-2124
     E-mail:  Todd.Grabarsky@doj.ca.gov
7  *Attorneys for Governor Gavin Newsom and
   Attorney General Rob Bonta in their official
8  capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM RICHARDS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California, et al.,**<br><br>Defendants. | Case No.: 8:23-cv-02413 JVS (KESx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  The Honorable James V. Selna<br>Action Filed: 12/19/2023 |

Pursuant to Local Rule 8-3, Plaintiffs and Defendants in the above-captioned action (collectively, "the Partes"), through their respective attorneys of record, hereby stipulate and request as follows:

WHEREAS Plaintiffs filed their Complaint on December 19, 2023;

WHEREAS Defendants were served on December 22, 2023 and are currently due to respond to the Complaint on or before January 12, 2024;

WHEREAS Plaintiffs have requested the Court issue a preliminary injunction, for which the Court has set a hearing on January 16, 2024;

1  WHEREAS the Parties agree that it is not necessary for Defendants to respond to the Complaint during the pendency of preliminary injunctive relief proceedings, and that extending the response deadlines until after the preliminary injunctive relief proceedings have concluded will serve the interests of judicial efficiency;

NOW THEREFORE, the Parties stipulate to extend the deadline for Defendants' response to the Complaint until twenty-eight (28) days after the Court issues a ruling on Plaintiffs' request for preliminary injunctive relief.

**IT IS SO STIPULATED.**

Dated:  January 8, 2024

Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
M<small>ARK</small> B<small>ECKINGTON</small>
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*
T<small>ODD</small> G<small>RABARSKY</small>
Deputy Attorney General
*Attorneys for California Governor Gavin Newsom and Attorney General Rob Bonta in their official capacities*

Dated:  January 8, 2024

M<small>ICHEL</small> & A<small>SSOCIATES</small>, P.C

*/s/ Tiffany Cheuvront*
T<small>IFFANY</small> C<small>HEUVRONT</small>
*Attorneys for Plaintiffs*

SA2023306691

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 8, 2024          /s/ *Todd Grabarsky*
                                TODD GRABARSKY