1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  TODD GRABARSKY
   Deputy Attorney General
4  State Bar No. 286999
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6044
6   Fax:  (916) 731-2124
    E-mail:  Todd.Grabarsky@doj.ca.gov
7  *Attorneys for Governor Gavin Newsom and
   Attorney General Rob Bonta in their official
8  capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM RICHARDS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of California, et al.,**<br><br>Defendants. | Case No.: 8:23-cv-02413 JVS (KESx)<br><br>**STIPULATION AND REQUEST FOR AGREED UPON BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' INTENDED MOTION TO DISMISS THE COMPLAINT**<br><br>Judge: The Honorable James V. Selna<br>Action Filed: 12/19/2023 |

Pursuant to Local Rule 8-3, Plaintiffs and Defendants in the above-captioned action (collectively, "the Partes"), through their respective attorneys of record, hereby stipulate and request as follows:

1.  Plaintiffs filed their Complaint on December 19, 2023 and served Defendants on December 22, 2023;

2.  On March 1, 2024, the Court issued a ruling denying Plaintiffs' application for preliminary injunction (ECF No. 28);

1

3. Upon previous stipulation among the parties and order of the Court, Defendants' responsive pleading to the Complaint is presently due on March 29, 2024 (*see* ECF Nos. 19, 21);

4. Upon conference of counsel, counsel for Plaintiffs have communicated to counsel for Defendants that Plaintiffs do not intend to appeal the Court's March 1, 2024 ruling on the preliminary injunction application;

5. Upon conference of counsel, counsel for Defendants have communicated to counsel for Plaintiffs that Defendants intend to file a motion to dismiss the complaint under Federal Rule of Civil Procedure 12 including for failure to state a claim upon which relief can be granted;

6. To accommodate the parties' schedules and to conserve judicial and party resources, the parties stipulate and hereby request the Court the order the following briefing and hearing schedule on Defendants' intended motion to dismiss the Complaint:

- Defendants' deadline to file a motion to dismiss or other responsive pleading to the Complaint: **April 18, 2024**
- Plaintiffs' deadline to file an opposition to the motion to dismiss: **May 16, 2024**
- Defendants' deadline to file a reply in support of the motion to dismiss: **June 6, 2024**
- Proposed hearing date: **June 17, 2024, at 1:30 p.m.**

NOW THEREFORE, the Parties stipulate to and respectfully request that the Court issue an order setting the aforementioned briefing and hearing schedule on Defendants' intended motion to dismiss.

//
//
//
//

2

1     **IT IS SO STIPULATED.**

3   Dated: March 21, 2024                Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*[1]
TODD GRABARSKY
Deputy Attorney General
*Attorneys for California Governor Gavin Newsom and Attorney General Rob Bonta in their official capacities*

Dated: March 21, 2024                MICHEL & ASSOCIATES, P.C

*/s/ Tiffany Cheuvront*
TIFFANY CHEUVRONT
*Attorneys for Plaintiffs*

SA2023306691

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 21, 2024        /s/ *Todd Grabarsky*
                             TODD GRABARSKY