# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards et al<br><br>v.<br><br>Gavin Newsom et al<br><br>PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER:** 8:23-cv-02413-JVS-KES<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 4/18/2024 | 31 | Notice of Motion and Motion to Dismiss Case |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☑ The hearing date has been rescheduled to  Monday, July 1, 2024  at  1:30 p.m.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

    **Counsel is ordered to consult Local Rules AND the Court's Procedures and Schedules page prior to filing any future documents.

Dated: 4/19/2024

By: _James V. Selna_
U.S. District Judge / U.S. Magistrate Judge