1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

ADAM RICHARDS, et al.,

Case No.: 8:23-cv-02413 JVS (KESx)

11

Plaintiffs,

**ORDER TO EXTEND TIME ON BRIEFING AND CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT [34]**

12

v.

13

GAVIN NEWSOM, et al.,

14

Defendants.

15
16
17
18

The Court having reviewed the Parties' Stipulation to extend time on briefing

19

and continue hearing date on Defendants' Motion to Dismiss Complaint and good

20

cause having been shown, hereby ORDERS as follows:

21

1.      Plaintiffs' deadline to file an opposition to the motion to dismiss is

22

continued from May 16, 2024 to **June 7, 2024**;

23

2.      Defendants' deadline to file a reply in support of the motion to dismiss

24

is continued from June 6, 2024 to **June 28, 2024;**

25
26

///

27

///

28

///

1

ORDER RE: DEFENDANTS' MOTION TO DISMISS COMPLAINT

1

2

3        3.     The hearing on the motion to dismiss is continued from July 1, 2024 to

4    **July 15, 2024 at 1:30 p.m.**

5

6    IT IS SO ORDERED.

7

8    Dated: May 15, 2024                                                      

9                                            Hon. James V. Selna

                                            United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: DEFENDANTS' MOTION TO DISMISS

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Richards, et al. v. Newsom, et al.*
Case No.: 8:23-cv-02413 JVS (KESx)

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

      I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER TO EXTEND TIME ON BRIEFING AND CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Todd Grabarsky
Deputy Attorney General
todd.grabarsky@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
Office of the Attorney General for California
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6044
   *Attorneys for Defendants*

      I declare under penalty of perjury that the foregoing is true and correct.

Executed May 15, 2024.

_____
Laura Palmerin

CERTIFICATE OF SERVICE