1   ROB BONTA
    Attorney General of California
2   MARK R. BECKINGTON
    Supervising Deputy Attorney General
3   TODD GRABARSKY
    Deputy Attorney General
4   State Bar No. 286999
     300 South Spring Street, Suite 1702
5     Los Angeles, CA  90013-1230
      Telephone:  (213) 269-6044
6     Fax:  (916) 731-2124
      E-mail:  Todd.Grabarsky@doj.ca.gov
7   *Attorneys for Defendant Attorney General Rob*
    *Bonta in his official capacity*

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13  | **ADAM RICHARDS, et al.,** | Case No.: 8:23-cv-02413 JVS (KESx) |

14                    Plaintiffs,   **STIPULATION RE: ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE**

15          **v.**

16  **GAVIN NEWSOM, in his official**    Judge:        The Honorable James V. Selna
    **capacity as Governor of California, et**
17  **al.,**                              Action Filed: 12/19/2023

18                    Defendants.

19

20

21

22         Pursuant to Local Rule 8-3, Plaintiffs and Defendant in the above-captioned

23  action (collectively, "the Partes"), through their respective attorneys of record,

24  hereby stipulate and request as follows:

25         1.    Plaintiffs filed their Complaint on December 19, 2023 and served

26  Defendants on December 22, 2023.

27

28

2.    On March 1, 2024, the Court issued a ruling denying Plaintiffs'
application for preliminary injunction finding that, among other things, Plaintiffs
failed to show a likelihood of success on the merits of their claims (ECF No. 28).

3.    Upon stipulation among the parties and order of the Court, Plaintiffs filed
the operative Amended Complaint on June 28, 2024 (ECF No. 39).

4.    On August 2, 2024, Defendant filed a Motion to Dismiss the Amended
Complaint (ECF No. 41), which, if granted, would dispose of this entire action
without the need for discovery or any further proceedings.  Plaintiffs' opposition to
the Motion to Dismiss is due on September 5, 2024; Defendant's reply is due on
September 27, 2024; and a hearing on the motion is set for October 7, 2024, at 1:30
p.m.  (*See* ECF No. 38.)

5.    Also on August 2, 2024, the Court issued an Order Setting Rule 26(f)
Scheduling Conference, setting the Rule 26(f) conference also for October 7, 2024,
and ordering, among other things, the parties' filing of the Joint Rule 26(f) Report.
(ECF No. 42.)

6.    The parties jointly request that the Court take off calendar the Rule 26(f)
Scheduling Conference and hold in abeyance the related dates and deadlines until
after the Court rules on Defendant's pending motion to dismiss, which, if granted,
would dispose of this entire action without the need for discovery or any further
proceedings.  Good cause exists for this request, which would promote judicial
efficiency and economy and save resources of the parties and the Court.

7.    If the Court's ruling on the motion to dismiss does not resolve this case in
its entirety, the parties request 30 days after that ruling to meet and confer and
submit a case status update to the Court.

8.    A proposed order will be lodged with the Court concurrently with this
motion.

**IT IS SO STIPULATED.**

Dated: August 22, 2024                     Respectfully submitted,

                                           ROB BONTA
                                           Attorney General of California
                                           MARK BECKINGTON
                                           Supervising Deputy Attorney General


                                           */s/ Todd Grabarsky*[1]
                                           TODD GRABARSKY
                                           Deputy Attorney General
                                           *Attorneys for Defendant Attorney
                                           General Rob Bonta in his official
                                           capacity*

Dated: August 22, 2024                     MICHEL & ASSOCIATES, P.C


                                           */s/ Joshua Robert Dale*
                                           JOSHUA ROBERT DALE
                                           *Attorneys for Plaintiffs*

SA2023306691

---

[1] I hereby attest that all other signatories listed, and on whose behalf the
filing is submitted, concur in the filing's content and have authorized the filing.

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  August 22, 2024          */s/ Todd Grabarsky*
                                 TODD GRABARSKY