IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM RICHARDS, et al.,** | Case No.: 8:23-cv-02413 JVS (KESx) |
| Plaintiffs, | **ORDER RE: ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE [41]** |
| **v.** | |
| **GAVIN NEWSOM, in his official capacity as Governor of California, et al.,** | |
| Defendants. | |

Plaintiffs and Defendant in the above-captioned action (collectively, "the Parties"), through their respective attorneys of record, have stipulated and requested relief regarding the Court's Order Setting Rule 26(f) Scheduling Conference. After full consideration, and good cause appearing, the Parties' request is GRANTED. The Court hereby orders that the Rule 26(f) Scheduling Conference is taken off calendar and that the related dates and deadlines are held in abeyance until after the Court rules on Defendant's pending motion to dismiss. If the Court's ruling on the motion to dismiss does not resolve this case in its entirety, the parties shall file an updated case status report within 30 days after the ruling on the motion to dismiss.

The hearing on Defendant's motion to dismiss, set for October 7, 2024, at 1:30 p.m., shall remain on calendar.

    **IT IS SO ORDERED.**

Dated:  August 23, 2024

                                        James V. Selna
                              United States District Judge