Case 8:23-cv-02413-JVS-KES   Document 50   Filed 11/12/24   Page 1 of 3   Page ID #:1884

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6044
  Fax:  (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM RICHARDS, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, in his official capacity as Governor of California, et al.,** <br><br> Defendants. | Case No.: 8:23-cv-02413 JVS (KESx) <br><br> **NOTICE RE PLAINTIFFS' FAILURE TO FILE A SECOND AMENDED COMPLAINT** <br><br> Judge:  The Honorable James V. Selna <br> Action Filed: 12/19/2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, submits this notice regarding Plaintiffs' failure to file a second amended complaint.  On October 16, 2024, the Court granted Defendant's motion to dismiss the first amended complaint, dismissing all claims, and afforded Plaintiffs leave to amend by November 6, 2024.

*See* ECF No. 49. That deadline has now passed without Plaintiffs having filed a second amended complaint.

Dated: November 12, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General

*/s/ Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendant Attorney General Rob Bonta in his official capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  November 12, 2024          */s/ Todd Grabarsky*
                                                       TODD GRABARSKY

3