1  C. D. Michel – SBN 144258
   Tiffany D. Cheuvront – SBN 317144
2  Joshua Robert Dale – SBN 209942
   MICHEL & ASSOCIATES, P.C.
3  180 E. Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Facsimile: (562) 216-4445
5  cmichel@michellawyers.com

6  Attorneys for Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse
   Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc.
7  (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of
   America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association,
8  Incorporated

9  Donald Kilmer – SBN 179986
   Law Offices of Don Kilmer, APC
10 14085 Silver Ridge Rd.
   Caldwell, Idaho 83607
11 Telephone: (408) 264-8489
   Don@DKLawOffice.com
12
   Attorney for Plaintiff The Second Amendment Foundation
13

14              **UNITED STATES DISTRICT COURT**

15            **CENTRAL DISTRICT OF CALIFORNIA**

16 ADAM RICHARDS, et al.,                    Case No.: 8:23-cv-02413 JVS (KESx)

17              Plaintiffs,                   **PLAINTIFFS' NOTICE OF APPEAL
                                              AND REPRESENTATION
18         v.                                 STATEMENT**

19 GAVIN NEWSOM, et al.,
                                              Action Filed: December 19, 2023
20              Defendants.

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF APPEAL

1   NOTICE IS HEREBY GIVEN that Plaintiffs Adam Richards, Jeffrey

2   Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC,

3   Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of

4   California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California

5   Rifle & Pistol Association, Incorporated, and The Second Amendment Foundation,

6   hereby appeal to the United States Court of Appeals for the Ninth Circuit from the

7   Order entered in this action October 16, 2024 (ECF No. 49).

8   Plaintiffs' Representation Statement is attached to this Notice as required by

9   Ninth Circuit Rule 3-2(b).

10

11  Dated: November 12, 2024        **MICHEL & ASSOCIATES, P.C.**

12                                  *s/ Joshua Robert Dale*
                                    Joshua Robert Dale
13                                  Attorneys for Plaintiffs Adam Richards,
                                    Jeffrey Vandermeulen, Gerald Clark, Jesse
14                                  Harris, On Target Indoor Shooting Range,
                                    LLC, Gaalswyk Enterprises, Inc. (D/B/A/
15                                  Smokin' Barrel Firearms), Gun Owners of
                                    California, Inc., Gun Owners of America, Inc.,
16                                  Gun Owners Foundation, and California Rifle
                                    & Pistol Association, Incorporated
17

18  Dated: November 12, 2024        **LAW OFFICES OF DONALD KILMER, APC**

19                                  *s/ Donald Kilmer*
                                    Donald Kilmer
20                                  Attorney for Plaintiff The Second Amendment
                                    Foundation
21

22

23

24

25

26

27

28

1

PLAINTIFFS' NOTICE OF APPEAL

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiffs-Appellants, Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated, and The Second Amendment Foundation, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
| --- | --- |
| Plaintiffs-Appellants Adam Richards; Jeffrey Vandermeulen; Gerald Clark; Jesse Harris; On Target Indoor Shooting Range, LLC; Gaalswyk Enterprises, Inc. (D/B/A/ Smokin' Barrel Firearms); Gun Owners of California, Inc.; Gun Owners of America, Inc.; Gun Owners Foundation; California Rifle & Pistol Association, Incorporated | C. D. Michel – SBN 144258<br>Email: cmichel@michellawyers.com<br>Tiffany D. Cheuvront – SBN 317144<br>Email: tcheuvront@michellawyers.com<br>Joshua Robert Dale – SBN 209942<br>Email: jdale@michellawyers.com<br>MICHEL & ASSOCIATES, P.C.<br>180 E. Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>Facsimile: (562) 216-4445<br><br>Counsel is registered for Electronic Filing in the Ninth Circuit |
| Plaintiff-Appellant The Second Amendment Foundation | Donald Kilmer – SBN 179986<br>Email: don@dklawoffice.com<br>Law Offices of Donald Kilmer, APC<br>14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>Telephone: (408) 264-8489<br><br>Counsel is registered for Electronic Filing in the Ninth Circuit |

2

PLAINTIFFS' NOTICE OF APPEAL

| | |
|---|---|
| Defendant-Appellee Robert Bonta, in his official capacity as Attorney General of the State of California | Todd Grabarsky – SBN 286999<br>Deputy Attorney General<br>todd.grabarsky@doj.ca.gov<br>Christina R.B. Lopez<br>Deputy Attorney General<br>christina.lopez@doj.ca.gov<br>Carolyn Downs<br>carolyn.downs@doj.ca.gov<br>Office of the Attorney General for California<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013<br>Telephone: (213) 269-6044<br>Fax: (916) 731-2124 |

## ATTESTATION OF E-FILED SIGNATURES

I, Joshua Robert Dale, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 12, 2024

*s/ Joshua Robert Dale*
Joshua Robert Dale

PLAINTIFFS' NOTICE OF APPEAL

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Richards, et al. v. Newsom, et al.*
Case No.: 8:23-cv-02413 JVS (KESx)

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

     I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Todd Grabarsky
Deputy Attorney General
todd.grabarsky@doj.ca.gov
Christina R.B. Lopez
Deputy Attorney General
christina.lopez@doj.ca.gov
Carolyn Downs
carolyn.downs@doj.ca.gov
Office of the Attorney General for California
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6044
  *Attorneys for Defendants*

     I declare under penalty of perjury that the foregoing is true and correct.

Executed November 13, 2024.

_____
Laura Palmerin

CERTIFICATE OF SERVICE