| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 11 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ADAM RICHARDS, an individual; et al.,

    Plaintiffs - Appellants,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California; et al.,

    Defendants - Appellees.

No. 24-6940

D.C. No. 8:23-cv-02413-JVS-KES
Central District of California, Santa Ana

ORDER

The motion (Docket Entry No. 7) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT