C. D. Michel – SBN 144258
Tiffany D. Cheuvront – SBN 317144
Joshua Robert Dale – SBN 209942
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com

Attorneys for Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc. (D/B/A Smokin' Barrel Firearms), Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, and California Rifle & Pistol Association, Incorporated

Donald Kilmer – SBN 179986
Law Offices of Don Kilmer, APC
14085 Silver Ridge Rd.
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Don@DKLawOffice.com

Attorney for Plaintiff The Second Amendment Foundation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RICHARDS, et al., | Case No.: 8:23-cv-02413 JVS (KESx) |
| Plaintiffs, | **PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)** |
| v. | |
| GAVIN NEWSOM, et al., | Courtroom: 10C |
| Defendants. | Judge: Hon. James V. Selna |

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiffs Adam Richards, Jeffrey Vandermeulen, Gerald Clark, Jesse Harris, On Target Indoor Shooting Range, LLC, Gaalswyk Enterprises, Inc., d/b/a Barrel Firearms, Gun Owners of California, Inc., Gun Owners of America, Inc., Gun Owners Foundation, California Rifle & Pistol Association, Incorporated and Second Amendment Foundation ("Plaintiffs") submit this Request for Entry of Judgment as follows:

1.    On October 16, 2024, the Court granted Defendant Rob Bonta's motion to dismiss the amended complaint, dismissing all claims without prejudice and granting the Plaintiffs leave to amend on or before November 6, 2024.

2.    Plaintiffs chose to stand on their complaint and not to amend, and on November 12, 2024, Defendant filed a notice informing this Court that Plaintiffs had not filed an amended complaint by November 6, 2024.

3.    This Court's dismissal order, dispensing with every claim and prayer for relief, provides grounds for entry of judgment and no further action is necessary before the Court can enter judgment pursuant to Rule 58(a).

4.    For these reasons, Plaintiffs respectfully ask this Court to enter final judgment pursuant to Rule 58(d). A proposed judgment is attached hereto.

Dated: January 27, 2025          **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Attorneys for Plaintiffs Adam Richards,
Jeffrey Vandermeulen, Gerald Clark, Jesse
Harris, On Target Indoor Shooting Range,
LLC, Gaalswyk Enterprises, Inc. (D/B/A
Smokin' Barrel Firearms), Gun Owners of
California, Inc., Gun Owners of America, Inc.,
Gun Owners Foundation, and California Rifle
& Pistol Association, Incorporated

Dated: January 27, 2025          **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Attorney for Plaintiff The Second Amendment
Foundation

REQUEST FOR ENTRY OF JUDGMENT

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to

file this PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT

TO FEDERAL RULE OF CIVIL PROCEDURE 58(d). In compliance with Central

District of California L.R. 5-4.3.4, I attest that all signatories are registered

CM/ECF filers and have concurred in this filing.


Dated: January 27, 2025                    *s/ Anna M. Barvir*
                                           Anna M. Barvir

REQUEST FOR ENTRY OF JUDGMENT

## CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Richards, et al. v. Newsom, et al.*
Case No.: 8:23-cv-02413 JVS (KESx)

IT IS HEREBY CERTIFIED THAT:

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

      I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Todd Grabarsky
Deputy Attorney General
todd.grabarsky@doj.ca.gov
Carolyn Downs
carolyn.downs@doj.ca.gov
Office of the Attorney General for California
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 269-6044
   *Attorneys for Defendants*

      I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2025.

Laura Fera