JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RICHARDS, et al., | Case No.: 8:23-cv-02413 JVS (KESx) |
| Plaintiffs, | **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION TO DISMISS [57]** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On October 16, 2024, this Court entered an order dismissing all claims with leave to amend within twenty-one (21) days. (ECF No. 49) Plaintiffs elected to stand on their complaint, and did not file an amended complaint. IT IS THUS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Every claim and prayer for relief asserted in Plaintiffs' Amended and Supplemental Complaint is dismissed without prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: January 28, 2025

_____
Honorable Judge James V. Selna
United States District Judge

1
JUDGMENT