

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

FEB 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-693 |
| Originating Case Number: | 8:23-cv-02413-JVS-KES |
| Short Title: | Richards, et al. v. Newsom, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-693 |
| Originating Case Number: | 8:23-cv-02413-JVS-KES |
| Case Title: | Richards, et al. v. Newsom, et al. |

**Monday, February 10, 2025**

| | |
|---|---|
| Adam Richards | Mediation Questionnaire due |
| Gerald Clark | Mediation Questionnaire due |
| Jesse Harris | Mediation Questionnaire due |
| Gun Owners of California, Inc. | Mediation Questionnaire due |
| Gun Owners of America, Inc. | Mediation Questionnaire due |
| Gun Owners Foundation | Mediation Questionnaire due |
| California Rifle & Pistol Association | Mediation Questionnaire due |
| Second Amendment Foundation | Mediation Questionnaire due |
| On Target Indoor Shooting Range, LLC | Mediation Questionnaire due |
| Gaalswyk Enterprises, Inc. | Mediation Questionnaire due |
| Jeffrey Vandermeulen | Mediation Questionnaire due |

**Friday, February 14, 2025**

| | |
|---|---|
| Adam Richards | Appeal Transcript Order Due |
| Gerald Clark | Appeal Transcript Order Due |
| Jesse Harris | Appeal Transcript Order Due |
| Gun Owners of California, Inc. | Appeal Transcript Order Due |
| Gun Owners of America, Inc. | Appeal Transcript Order Due |
| Gun Owners Foundation | Appeal Transcript Order Due |

| | |
|---|---|
| California Rifle & Pistol Association | Appeal Transcript Order Due |
| Second Amendment Foundation | Appeal Transcript Order Due |
| On Target Indoor Shooting Range, LLC | Appeal Transcript Order Due |
| Gaalswyk Enterprises, Inc. | Appeal Transcript Order Due |
| Jeffrey Vandermeulen | Appeal Transcript Order Due |

**Monday, March 17, 2025**

| | |
|---|---|
| Adam Richards | Appeal Transcript Due |
| Gerald Clark | Appeal Transcript Due |
| Jesse Harris | Appeal Transcript Due |
| Gun Owners of California, Inc. | Appeal Transcript Due |
| Gun Owners of America, Inc. | Appeal Transcript Due |
| Gun Owners Foundation | Appeal Transcript Due |
| California Rifle & Pistol Association | Appeal Transcript Due |
| Second Amendment Foundation | Appeal Transcript Due |
| On Target Indoor Shooting Range, LLC | Appeal Transcript Due |
| Gaalswyk Enterprises, Inc. | Appeal Transcript Due |
| Jeffrey Vandermeulen | Appeal Transcript Due |

**Friday, April 25, 2025**

| | |
|---|---|
| Adam Richards | Appeal Opening Brief Due |
| Gerald Clark | Appeal Opening Brief Due |
| Jesse Harris | Appeal Opening Brief Due |
| Gun Owners of California, Inc. | Appeal Opening Brief Due |
| Gun Owners of America, Inc. | Appeal Opening Brief Due |
| Gun Owners Foundation | Appeal Opening Brief Due |
| California Rifle & Pistol Association | Appeal Opening Brief Due |
| Second Amendment Foundation | Appeal Opening Brief Due |
| On Target Indoor Shooting Range, LLC | Appeal Opening Brief Due |
| Gaalswyk Enterprises, Inc. | Appeal Opening Brief Due |
| Jeffrey Vandermeulen | Appeal Opening Brief Due |

**Tuesday, May 27, 2025**

| | |
|---|---|
| Gavin Newsom | Appeal Answering Brief Due |
| Rob Bonta | Appeal Answering Brief Due |
| Does | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

Case 8:23-cv-02413-JVS-KES    Document 60    Filed 02/03/25    Page 5 of 5    Page ID #:1918